\

**FILED & ENTERED**

**DEC 30 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>TAUREAN E. WRIGHT,<br><br>                Debtor. | Case No.: 6:24-bk-17273-WJ<br><br>CHAPTER 13<br><br>**ORDER REGARDING THE MOTION OF THE DEBTOR TO EXTEND THE TIME TO FILE CASE INITIATION DOCUMENTS** |

- 1 -

Case 6:24-bk-17273-SY    Doc 17    Filed 12/30/24    Entered 12/30/24 13:38:10    Desc
Main Document    Page 2 of 2

1  The Court has reviewed the motion of the debtor, Taurean E. Wright ("Debtor"), entitled
2  "Debtor's Motion To Extend Time To File Case Opening Documents" [docket #15] ("Motion").
3  The Debtor has filed an incomplete chapter 13 petition and seeks an extension of the deadline to
4  file various documents. The current deadline is December 18, 2024 and the Debtor seeks an
5  extension to December 27, 2024.
6  However, December 27, 2024 has passed and no further documents have been filed by the
7  Debtor. The original deadline (December 18, 2024) to file documents has also passed and nothing
8  further has been filed by the Debtor.
9  Accordingly, the Motion is moot and hereby denied on that basis.
10 IT IS SO ORDERED.
11                                              ###

Date: December 30, 2024

Wayne Johnson
United States Bankruptcy Judge